**Dismissed and Memorandum Opinion filed July 14, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00147-CV

_____

## LINTON WINFIELD AND JANIQUE WILLIAMS-WINFIELD, Appellants

## V.

## BAYBROOK TT, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1180304**

## MEMORANDUM OPINION

This appeal is from a judgment signed February 21, 2022. The clerk's record was filed March 16, 2022. The reporter's record was filed April 19, 2022. No brief was filed.

On June 2, 2022, this court issued an order stating that unless appellants filed a brief on or before July 5, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.